**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-02558-RMR-KAS

Edwards Lifesciences LLC, a Delaware Limited Liability Company, and
Edwards Lifesciences Corporation, a Delaware Corporation,

Plaintiffs,

v.

Michael Thompson, an Individual,
Abbott Laboratories, an Illinois Corporation,

Defendants.

---

**JOINT MOTION TO AMEND SCHEDULING ORDER**

---

Plaintiffs Edwards Lifesciences LLC and Edwards Lifesciences Corporation and Defendants Michael Thompson and Abbott Laboratories ("Abbott") respectfully jointly move to extend the deadlines in the Court's May 11, 2026 Minute Order [#208]. In support hereof, the Parties state as follows:

1. On March 31, 2026, the Court denied Abbott's Motion to Dismiss [#201] and on May 11, 2026, the Court formally lifted the stay of discovery against Abbott [#208].

2. The Parties have worked diligently and cooperatively over the past four months to complete Plaintiffs' discovery against Abbott. By this Motion, the Parties request a limited extension of the operative scheduling deadlines to allow them to finish that discovery.

3. Specifically, the Parties request (1) an additional month (until September 30, 2026) solely to allow them to complete several remaining fact depositions already noticed or identified and (2) that their expert disclosure deadlines be triggered from that date, so that the experts may consider the testimony from these depositions in their affirmative reports. There is one witness who cannot be deposed until November 2026 for medical reasons, who

the Parties have agreed may be taken out of time, after fact discovery otherwise closes and without extending the expert disclosure deadlines, to avoid prolonging the schedule further.

4. If acceptable to the Court, the Parties request the following amended deadlines:

| | |
|---|---|
| Extended fact discovery close for remaining depositions: | September 30, 2026 |
| Affirmative expert disclosures: | October 30, 2026 |
| Rebuttal expert disclosures: | November 30, 2026 |
| Expert depositions: | January 14, 2027 |
| Deadline for notice of intent to file dispositive motions: | January 14, 2027 |

5. Under D.C.COLO.LCivR 6.1(b), the Parties represent that this is their fifth request to amend Scheduling Order deadlines, but only their second after Plaintiffs were allowed to proceed against Abbott.

6. No Pretrial Conference has been set.

7. This motion is not brought for any improper purpose but instead is necessary to ensure the Parties can obtain all fact and expert discovery necessary to prepare for trial, given the limited time needed to complete remaining discovery between Plaintiffs and Abbott.

8. Granting the requested extensions will not prejudice any of the Parties, and will not unduly delay these proceedings, and is in the interest of justice and fairness.

9. Under D.C.COLO.LCivR 6.1(c), the undersigned counsel certify that a copy of this Motion is being served upon their clients.

## CONCLUSION

For these reasons, Plaintiffs and Defendants respectfully request that the Court enter an order extending the operative scheduling deadlines as set forth above.

Dated: August 29, 2026

Respectfully submitted,

*/s/Timothy M. Kratz*
Timothy M. Kratz
Adam R. Prinsen
Stephanie N. McConkie
**FISHER & PHILLIPS LLP**
1125 17th Street, Suite 2400
Denver, CO 80202
T: (303) 218-3650
tkratz@fisherphillips.com
aprinsen@fisherphillips.com
smcconkie@fisherphillips.com

*Attorneys for Plaintiffs*

*/s/John M. McHugh*
John M. McHugh
Emma S. Sargent
**FENNEMORE CRAIG, P.C.**
3615 Delgany Street, Suite 1100
Denver, CO 80216
T: (303) 291-3200
jmchugh@fennemorelaw.com
esargent@fennemorelaw.com

Nick Kahlon
Kalia Coleman
Chris Schaeffer
Edgar Matias
**RILEY SAFER HOLMES & CANCILA LLP**
1 South Dearborn, Suite 2200
Chicago, IL 60603
T: (312) 471-8700
nkahlon@rshc-law.com
kcoleman@rshc-law.com
cschaeffer@rshc-law.com
ematias@rshc-law.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this 29th day of August, 2026, the foregoing was filed electronically, using CM/ECF, the Court's e-filing system, which action caused automatic notice of the filing to be served upon all parties and counsel of record.

*/s/ Cheyenne Matis*
Cheyenne Matis
For Fisher & Phillips, LLP